IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT KOFFLER,<br><br>  Plaintiff,<br><br>v.<br><br>LERA INVESTMENT TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 1:24-cv-24563-RKA |

**DEFENDANT LERA INVESTMENT TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Lera Investment Technologies, Inc. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's December 23, 2024 Order [ECF No. 6], respectfully submits this Certificate of Interested Parties and Corporate Disclosure Statement, and states:

1. Defendant is a privately held company, and no parent company or publicly held corporation owns 10% or more of Defendant's stock.

2. Defendants disclose the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

   a. Robert Koffler

   b. Lera Investment Technologies, Inc.

   c. LIT Argentina S.R.L.

   d. LIT Australia Pty Ltd

   e. LIT Brazil Ltda

   f. Lera Investment Technologies Canada Limited

   g. LIT Chile SpA

h. LIT China Company Limited

i. Lera Investment Technologies Colombia S.A.S.

j. LIT Egypt LLC

k. LIT Germany GmbH

l. Lera Investment Technologies Hong Kong

m. Lera Investment Technologies India Private Limited

n. PT LIT Technologies Indonesia

o. Lera Investment Technologies Ireland Limited

p. LIT Italia S.R.L.

q. LIT JAPAN KK

r. LIT Lera Investment Technologies Kenya Limited

s. Lera Technologies Malaysia Sdn. Bhd.

t. Lera Technologies Mexico S. de R.L. de C.V.

u. LIT Morocco SRL

v. Lera Investment Technologies Peru S.A.C.

w. LIT US LLC (Branch)

x. Lera Investment Technologies RUS Limited Liability Company

y. Lera Investment Technologies Singapore Pte. Ltd.

z. LIT South Africa (PTY) Ltd

aa. Lera Investment Technologies Spain, S.L.U.

bb. LIT Helvetica GmbH

cc. LIT Technologies Thai Limited

dd. LIT Pakistan Private Limited

ee. Lera Technologies Philippines Inc

ff. Lera Turkey Investment Technologies Trading LLC

gg. Lera Investment Technologies Ukraine LLC

hh. Lera Investment Technologies UK Limited

ii. LIT Korea LTD

jj. LIT US LLC

kk. LIT Digital Infrastructure, LLC

ll. LIT Insurance Holdings LLC

mm. LERA INVESTMENT TECHNOLOGIES VIETNAM COMPANY LIMITED

nn. Camilo Montana Pradilla

oo. MG Revocable Trust

pp. The Montana Gonzalez Family Irrevocable Trust

qq. 530 Mashta, LLC

rr. Syndicated Investors

ss. Kickstart Seed Fund VI LP

tt. Clearly Holdings LLC

uu. Sandra Osuna de Holschneider

vv. Crisoforo A. Lozano

ww. Mauricio S. Esquino

xx. Thor Equity Trust USA

yy. Dinamo Holding Trust – USA

zz. Catetes Trust USA

      aaa.    Tri-Cap Holdings, LLC

      bbb.    Mark Migdal & Hayden

      ccc.    Maia Aron, Esq.

      ddd.    Charles M. Garabedian, Esq.

      eee.    De La Peña Group, P.A.

      fff.    Leoncio E. de la Peña D., Esq.

      ggg.    Otto C. de Cordoba. Esq.

      hhh.    Tracy Pérez, Esq.

Dated: January 6, 2025

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130

By: *s/ Maia Aron*
Maia Aron, Esq.
Florida Bar. No. 17188
maia@markmigdal.com
eservice@markmigdal.com
Charles M. Garabedian, Esq.
Florida Bar No. 1000974
charles@markmigdal.com
eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on January 6, 2025, which served same electronically upon all counsel of record.

By: *s/ Maia Aron*