UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24563-RKA

ROBERT KOFFLER,

       Plaintiff,

  v.

LERA INVESTMENT TECHNOLOGIES, INC.,

       Defendant.

_____/

## JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff Robert Koffler and Defendant Lera Investment Technologies, Inc., through their respective counsel and pursuant to the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF. No. 14], respectfully file a proposed order scheduling mediation.

Dated: January 29, 2025

Respectfully submitted,

By: *s/ Leoncio E. de la Peña D.*
Leoncio E. de la Peña D., Esq.
Florida Bar No. 454508
leo@dlp-law.com
Tracy Pérez, Esq.
Florida Bar No. 860441
tperez@dlp-law.com
DE LA PEÑA GROUP, P.A.
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (305) 377-0909
Facsimile: (305) 377-1771

*Attorneys for Plaintiff*

By: *s/ Maia Aron*
Maia Aron, Esq.
Florida Bar. No. 17188
maia@markmigdal.com
eservice@markmigdal.com
Charles M. Garabedian, Esq.
Florida Bar No. 1000974
charles@markmigdal.com
eservice@markmigdal.com
MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on January 29, 2025, which served same electronically upon all counsel of record.

By: *s/ Maia Aron*