UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24563-ALTMAN

**ROBERT M. KOFFLER**,

    *Plaintiff*,

*v.*

**LERA INVESTMENT TECHNOLOGIES, INC.**,

    *Defendant*.

_____/

## ORDER SCHEDULING MEDIATION

The parties have filed a Notice of Mediator Selection [ECF No. 25]. Mediation in this case shall be held before Alan S. Fine on **July 28, 2025**, at **10:00 AM ET** via videoconference.

Within **three days** of the mediation, the parties shall file a joint mediation report. The report shall indicate whether the case has settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on January 29, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record